UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In re: §
CENTERLINE EXPRESS, LLC § Case No. 17-42359
 §
Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mark A. Weisbart, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,336,616.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $353,317.30 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $66,322.76 | |

3) Total gross receipts of $511,265.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $120,551.36 (see **Exhibit 2**), yielded net receipts of $631,816.62 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,820,156.73 | $444,094.46 | $276,097.46 | $276,097.46 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $64,745.49 | $66,322.76 | $66,322.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $219,026.53 | $224,802.82 | $224,802.82 | $77,219.84 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,305,645.69 | $576,388.28 | $576,388.28 | $0.00 |
| TOTAL DISBURSEMENTS | $3,344,828.95 | $1,310,031.05 | $1,143,611.32 | $419,640.06 |

4) This case was originally filed under chapter 7 on 10/30/2017. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    03/18/2020                By :    /s/ Mark A. Weisbart

                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | $14,403.08 |
| 2015 Fontaine Trailer (411) | 1129-000 | $23,751.00 |
| 2015 Fontaine Trailer (407) | 1129-000 | $22,751.00 |
| 2015 Fontaine Trailer (408) | 1129-000 | $23,751.00 |
| 2015 Fontaine Trailer (409) | 1129-000 | $23,751.00 |
| 2010 Reitnover Trailer (421) | 1129-000 | $21,250.00 |
| 2010 Reitnover Trailer (422) | 1129-000 | $22,255.05 |
| 2010 Reitnover Trailer (423) | 1129-000 | $22,255.05 |
| 2011 Reitnover Trailer (428) | 1129-000 | $24,250.00 |
| 2016 RGN Trailer (4819) | 1129-000 | $67,001.00 |
| 2014 Peterbuilt 389 Dark Saddle (811) | 1129-000 | $62,101.99 |
| 2015 Peterbuilt 389 Orange (819) | 1129-000 | $71,001.00 |
| 2015 Fontaine Trailer (410) | 1129-000 | $19,005.05 |
| 2015 Fontaine Trailer (412) | 1129-000 | $24,505.05 |
| 2010 Reitnover Trailer (424) | 1129-000 | $24,300.05 |
| 2010 Reitnover Trailer (425) | 1129-000 | $21,250.05 |
| 2010 Reitnover Trailer (427) | 1129-000 | $18,750.00 |
| 2011 Reitnover Trailer (426) | 1129-000 | $23,750.00 |
| 2011 Reitnover Trailer (429) | 1129-000 | $21,250.00 |
| Trustee Bond Refund | 1229-000 | $1,300.00 |
| Refund from BMO Harris Bank | 1229-000 | $56,969.41 |
| Refund from TCL Insurance | 1229-000 | $6,108.00 |
| Buyers Premium Collected by Auctioneer | 1229-000 | $16,107.84 |
|  | 1280-000 | $(120,551.36) |
| **TOTAL GROSS RECEIPTS** |  | **$511,265.26** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

UST Form 101-7-TDR (10/1/2010) (Page: 3)

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Rosen Systems, Inc. | Funds to Kornelsen p | 8500-002 | $(120,551.36) |
| Rosen Systems, Inc. | | 8500-002 | $(6,600.00) |
| Mark Weisbart, Trustee for | Funds to Kornelsen 1 | 8500-002 | $6,600.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $(120,551.36) |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Delta Management Group, Inc. | 4210-000 | NA | $38,236.54 | $38,236.54 | $38,236.54 |
| | Everbank Commercial Finance | 4210-000 | NA | $45,658.40 | $45,658.40 | $45,658.40 |
| | First Midwest Equipment | 4210-000 | $74,339.45 | $67,001.00 | $67,001.00 | $67,001.00 |
| | Scottrade Bank | 4210-000 | $87,359.12 | $69,763.53 | $69,763.53 | $69,763.53 |
| | Stearns Bank | 4210-000 | $51,788.94 | $55,437.99 | $55,437.99 | $55,437.99 |
| 09 | BMO Harris Bank, N.A. | 4210-000 | $46,658.40 | $0.00 | $0.00 | $0.00 |
| 18 | Small Business Term Loans, Inc. | 4210-000 | NA | $167,997.00 | $0.00 | $0.00 |
| | BMO Harris Bank NA | | $52,392.02 | NA | NA | $0.00 |
| | BMO Harris Bank NA | | $121,844.85 | NA | NA | $0.00 |
| | BMO Harris Bank NA | | $50,839.06 | NA | NA | $0.00 |
| | BMO Harris Bank NA | | $218,065.16 | NA | NA | $0.00 |
| | BMO Harris Bank NA | | $122,358.78 | NA | NA | $0.00 |
| | BMO Harris Bank NA | | $97,797.02 | NA | NA | $0.00 |
| | BMO Harris Bank NA | | $161,752.49 | NA | NA | $0.00 |
| | Business Financial Services, Inc | | $200,000.00 | NA | NA | $0.00 |
| | Cashmere Bank | | $29,962.01 | NA | NA | $0.00 |
| | CFG Merchants Solutions, LLC | | $84,219.00 | NA | NA | $0.00 |
| | Complete Business Solutions | | NA | NA | NA | $0.00 |
| | Daimler Financial | | $42,503.67 | NA | NA | $0.00 |
| | Green Capital Funding, LLC | | $113,600.00 | NA | NA | $0.00 |
| | Gulf Coast Bank & Trust | | NA | NA | NA | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Power Up Lending Group, Ltd. | | $70,520.00 | NA | NA | $0.00 |
| | Wells Fargo | | $80,518.12 | NA | NA | $0.00 |
| | Wells Fargo | | $29,835.92 | NA | NA | $0.00 |
| | Wells Fargo | | $83,802.72 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $1,820,156.73 | $444,094.46 | $276,097.46 | $276,097.46 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mark Weisbart | 2100-000 | NA | $34,840.83 | $34,840.83 | $34,840.83 |
| Mark Weisbart | 2200-000 | NA | $0.00 | $1,577.27 | $1,577.27 |
| International Sureties, Ltd | 2300-000 | NA | $1,400.00 | $1,400.00 | $1,400.00 |
| Mark Weisbart | 3110-000 | NA | $16,597.50 | $16,597.50 | $16,597.50 |
| Mark Weisbart | 3120-000 | NA | $405.21 | $405.21 | $405.21 |
| Rosen Systems, Inc. | 3620-000 | NA | $11,501.95 | $11,501.95 | $11,501.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $64,745.49 | $66,322.76 | $66,322.76 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 02A | Department of the Treasury - | 5800-000 | $85,429.76 | $199,938.27 | $199,938.27 | $65,350.07 |
| 03 | Lamar CAD | 5800-000 | $3,541.80 | $3,541.80 | $3,541.80 | $3,541.80 |

UST Form 101-7-TDR (10/1/2010) (Page: 5)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 07 | Texas Workforce Commission | 5800-000 | $670.94 | $435.42 | $435.42 | $142.32 |
| 10 | Robert Harvey | 5300-000 | $1,806.17 | $2,018.52 | $2,018.52 | $2,018.52 |
| 19 | Louisiana Department of Revenue | 5800-000 | $1,330.37 | $3,974.91 | $3,974.91 | $1,299.20 |
| 20A | Oregon Department of | 5800-000 | NA | $9,543.90 | $9,543.90 | $3,119.44 |
| 21 | Texas Comptroller of Public | 5800-000 | NA | $2,000.00 | $2,000.00 | $653.70 |
| 22 | Texas Comptroller of Public | 5800-000 | $8,910.29 | $3,350.00 | $3,350.00 | $1,094.79 |
|  | Al Chamness |  | $12,850.00 | NA | NA | $0.00 |
|  | Al Chamness |  | $4,434.00 | NA | NA | $0.00 |
|  | Albuquerque District Office |  | $1,235.87 | NA | NA | $0.00 |
|  | Allen Jones |  | $9,475.31 | NA | NA | $0.00 |
|  | Bob White |  | $12,850.00 | NA | NA | $0.00 |
|  | Brent T. Graum |  | $1,779.20 | NA | NA | $0.00 |
|  | Clarence Kornelsen |  | $12,850.00 | NA | NA | $0.00 |
|  | Cornelius Fehr |  | $1,573.27 | NA | NA | $0.00 |
|  | Internal Revenue Service |  | $8,538.56 | NA | NA | $0.00 |
|  | Internal Revenue Service |  | $1,779.78 | NA | NA | $0.00 |
|  | Jace Randall Walker |  | $3,979.16 | NA | NA | $0.00 |
|  | John Rempel |  | $3,975.92 | NA | NA | $0.00 |
|  | Keith Roberson |  | $800.00 | NA | NA | $0.00 |
|  | Kendall Yoder |  | $1,000.00 | NA | NA | $0.00 |
|  | Kentucky Weight Distance Tax |  | $26.93 | NA | NA | $0.00 |
|  | Louisiana Dept. of Revenue |  | $1,284.86 | NA | NA | $0.00 |
|  | Mark Duchane |  | $125.84 | NA | NA | $0.00 |
|  | Mary Callahan |  | $2,820.60 | NA | NA | $0.00 |
|  | Michael Kern |  | $4,645.56 | NA | NA | $0.00 |
|  | Mohammad Farah |  | $2,672.59 | NA | NA | $0.00 |
|  | Motor Carrier Transport Division |  | $2,330.23 | NA | NA | $0.00 |
|  | Richard Abbott |  | $6,828.16 | NA | NA | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Richard Burns | | $6,172.76 | NA | NA | $0.00 |
| | Sadik Mohamud | | $1,216.50 | NA | NA | $0.00 |
| | Sheryl Lathers | | $2,675.55 | NA | NA | $0.00 |
| | Steve Jameson | | $4,327.60 | NA | NA | $0.00 |
| | Texas Workforce Commission | | $909.90 | NA | NA | $0.00 |
| | Tony Hayes | | $4,179.05 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $219,026.53 | $224,802.82 | $224,802.82 | $77,219.84 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01 | Octagon Tire Holdings, LLC | 7100-000 | $17,985.59 | $17,985.59 | $17,985.59 | $0.00 |
| 02B | Department of the Treasury - | 7100-000 | $87,314.42 | $60,450.82 | $60,450.82 | $0.00 |
| 04 | DTSR, LLC | 7100-000 | $7,984.93 | $7,439.27 | $7,439.27 | $0.00 |
| 05 | Blue Beacon International, Inc. | 7100-000 | $2,523.35 | $3,847.66 | $3,847.66 | $0.00 |
| 06 | E-470 Public Highway Authority | 7100-000 | $14.80 | $49.40 | $49.40 | $0.00 |
| 08 | Siemens Financial Services, Inc. | 7100-000 | NA | $36,002.37 | $36,002.37 | $0.00 |
| 11 | The Goodyear Tire & Rubber | 7100-000 | $65,598.50 | $65,312.13 | $65,312.13 | $0.00 |
| 12 | ENGS Commercial Finance Co. | 7100-000 | $281,368.51 | $29,181.70 | $29,181.70 | $0.00 |
| 13 | ENGS Commercial Finance Co | 7100-000 | $108,729.34 | $132,456.81 | $132,456.81 | $0.00 |
| 14 | TCF Equipment Finance, a | 7100-000 | NA | $19,274.31 | $19,274.31 | $0.00 |
| 15 | Wells Fargo Equipment Finance, | 7100-000 | $154,596.04 | $149,256.71 | $149,256.71 | $0.00 |
| 16 | Comdata Inc. | 7100-000 | $35,000.00 | $34,947.03 | $34,947.03 | $0.00 |
| 17 | Direct Capital Corporation, A CIT | 7100-000 | $49,184.26 | $17,068.74 | $17,068.74 | $0.00 |
| 20B | Oregon Department of | 7100-000 | NA | $3,115.74 | $3,115.74 | $0.00 |
| | A-1 Sanitation Service | | $52.04 | NA | NA | $0.00 |
| | Al Chamness | | $12,267.18 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | All Cities Claims Service, Inc | | $6,676.71 | NA | NA | $0.00 |
| | American Express | | $28,822.41 | NA | NA | $0.00 |
| | AT&T Mobility | | $895.48 | NA | NA | $0.00 |
| | Bank of America | | $93,506.69 | NA | NA | $0.00 |
| | Bob White | | $19,012.06 | NA | NA | $0.00 |
| | Clarence Kornelsen | | $257,772.96 | NA | NA | $0.00 |
| | David's Tire Service | | $291.33 | NA | NA | $0.00 |
| | Graham International, Inc. | | $8,839.09 | NA | NA | $0.00 |
| | Graham Truck Tire Center | | $1,031.61 | NA | NA | $0.00 |
| | House of Colour | | $345.66 | NA | NA | $0.00 |
| | J & R Truck and Trailer Repair | | $900.00 | NA | NA | $0.00 |
| | John C. Capps, CPA PC | | $665.00 | NA | NA | $0.00 |
| | John C. Capps, CPA PC | | $3,250.00 | NA | NA | $0.00 |
| | John C. Capps, CPA PC | | $6,007.49 | NA | NA | $0.00 |
| | Lytx, Inc. | | $28.02 | NA | NA | $0.00 |
| | NASTC/FleetOne Fuel Card | | $40,000.00 | NA | NA | $0.00 |
| | NTTA | | $25.48 | NA | NA | $0.00 |
| | Octagon Tire | | $13,438.80 | NA | NA | $0.00 |
| | PrePass | | $168.00 | NA | NA | $0.00 |
| | Salas Minor Emergency Ctr | | $180.00 | NA | NA | $0.00 |
| | TVF Fence, Inc. | | $1,149.76 | NA | NA | $0.00 |
| | UPS SCS, Inc. | | $20.18 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,305,645.69 | $576,388.28 | $576,388.28 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 17-42359  Judge: Brenda Rhoades  Trustee Name: Mark A. Weisbart
Case Name: CENTERLINE EXPRESS, LLC  Date Filed (f) or Converted (c): 10/30/2017 (f)
341(a) Meeting Date: 12/01/2017
For Period Ending: 03/18/2020  Claims Bar Date: 02/21/2018

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Bank of America #2933 | 0.00 | 0.00 | | 0.00 | FA |
| 2. | Bank of America #7329 | 0.00 | 0.00 | | 0.00 | FA |
| 3. | Deposit/Escrow with Great West Casualty Company | 43,000.00 | 0.00 | | 0.00 | FA |
| 4. | Accounts Receivable | 507,189.38 | 14,336.88 | | 14,403.08 | FA |
| 5. | Copy Paper | 100.00 | 0.00 | | 0.00 | FA |
| 6. | Tires, Tarps, Straps, Fluids, Chains/Ties, Floor Jack, Battery Charger | 24,250.00 | 0.00 | | 0.00 | FA |
| 7. | Office Furniture | 1,066.00 | 0.00 | | 0.00 | FA |
| 8. | Office Equipment (printers, computers, osmo) | 3,300.00 | 0.00 | | 0.00 | FA |
| 9. | 2014 Peterbuilt 389 Dark Saddle (811) | 75,000.00 | 62,101.99 | | 62,101.99 | FA |
| 10. | 2014 Peterbuilt 389 Silver (812) | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 11. | 2014 Peterbuilt 389 Red (813) | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 12. | 2014 Peterbuilt 389 Silver (814) | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 13. | 2014 Peterbuilt 389 Saddle (815) | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 14. | 2014 Peterbuilt 389 Red (816) | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 15. | 2015 Peterbuilt 389 Orange | 78,000.00 | 78,000.00 | | 0.00 | FA |
| 16. | 2014 Peterbuilt 389 White (817) | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 17. | 2015 Peterbuilt 389 Orange (819) | 78,000.00 | 71,001.00 | | 71,001.00 | FA |
| 18. | 2015 Peterbuilt 389 Silver (820) | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 19. | 2016 Kenworth W900L Gray | 130,000.00 | 130,000.00 | | 0.00 | FA |
| 20. | 1996 Kenworth W900L White (824) | 25,000.00 | 25,000.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-42359  Judge: Brenda Rhoades  Trustee Name: Mark A. Weisbart
Case Name: CENTERLINE EXPRESS, LLC  Date Filed (f) or Converted (c): 10/30/2017 (f)
341(a) Meeting Date: 12/01/2017
For Period Ending: 03/18/2020  Claims Bar Date: 02/21/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. 2015 Peterbuilt 389 Blue (823) | 105,000.00 | 105,000.00 | | 0.00 | FA |
| 22. 2015 Peterbuilt 389 Red (821) | 105,000.00 | 105,000.00 | | 0.00 | FA |
| 23. 2015 Peterbuilt 389 Gray (822) | 105,000.00 | 105,000.00 | | 0.00 | FA |
| 24. 2015 Fontaine Trailer (410) | 25,000.00 | 19,005.05 | | 19,005.05 | FA |
| 25. 2015 Fontaine Trailer (411) | 25,000.00 | 23,751.00 | | 23,751.00 | FA |
| 26. 2015 Fontaine Trailer (407) | 25,000.00 | 22,751.00 | | 22,751.00 | FA |
| 27. 2015 Fontaine Trailer (408) | 25,000.00 | 23,751.00 | | 23,751.00 | FA |
| 28. 2015 Fontaine Trailer (409) | 25,000.00 | 23,751.00 | | 23,751.00 | FA |
| 29. 2015 Fontaine Trailer (412) | 25,000.00 | 24,505.05 | | 24,505.05 | FA |
| 30. 2017 Fontaine Trailer (416) | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 31. 2016 Reitnover Trailer (417) | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 32. 2016 Reitnover Trailer (420) | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 33. 2016 RGN Trailer (4820) | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 34. 2016 Lonestar Jeep Trailer (480) | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 35. 2016 Reitnover Trailer (418) | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 36. 2016 Reitnover Trailer (419) | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 37. 2010 Reitnover Trailer (421) | 25,000.00 | 21,250.00 | | 21,250.00 | FA |
| 38. 2010 Reitnover Trailer (422) | 25,000.00 | 22,255.05 | | 22,255.05 | FA |
| 39. 2010 Reitnover Trailer (423) | 25,000.00 | 22,255.05 | | 22,255.05 | FA |
| 40. 2010 Reitnover Trailer (424) | 25,000.00 | 24,300.05 | | 24,300.05 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-42359  Judge: Brenda Rhoades  Trustee Name: Mark A. Weisbart
Case Name: CENTERLINE EXPRESS, LLC  Date Filed (f) or Converted (c): 10/30/2017 (f)
341(a) Meeting Date: 12/01/2017
For Period Ending: 03/18/2020  Claims Bar Date: 02/21/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 41. 2010 Reitnover Trailer (425) | 25,000.00 | 21,250.05 | | 21,250.05 | FA |
| 42. 2010 Reitnover Trailer (427) | 25,000.00 | 18,750.00 | | 18,750.00 | FA |
| 43. 2011 Reitnover Trailer (426) | 25,000.00 | 23,750.00 | | 23,750.00 | FA |
| 44. 2011 Reitnover Trailer (428) | 25,000.00 | 24,250.00 | | 24,250.00 | FA |
| 45. 2011 Reitnover Trailer (429) | 25,000.00 | 21,250.00 | | 21,250.00 | FA |
| 46. 2016 RGN Trailer (4819) | 75,000.00 | 67,001.00 | | 67,001.00 | FA |
| 47. 2015 Lonestar Trailer (u) *trailer owned by Kornelsen personal case, funds transferred via check on 6/20/18 | 0.00 | 6,600.00 | | 0.00 | FA |
| 48. Buyers Premium Collected by Auctioneer (u) | 0.00 | 16,107.84 | | 16,107.84 | FA |
| 49. Trustee Bond Refund (u) | 0.00 | 1,300.00 | | 1,300.00 | FA |
| 50. Refund from BMO Harris Bank (u) | 0.00 | 56,969.41 | | 56,969.41 | FA |
| 51. Refund from TCL Insurance (u) | 0.00 | 6,108.00 | | 6,108.00 | FA |

**Gross Value of Remaining Assets**
**TOTALS (Excluding Unknown Values)**  2,489,905.38  1,946,350.42  631,816.62  0.00

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-42359  
Case Name: CENTERLINE EXPRESS, LLC  
For Period Ending: 03/18/2020

Judge: Brenda Rhoades

Trustee Name: Mark A. Weisbart  
Date Filed (f) or Converted (c): 10/30/2017 (f)  
341(a) Meeting Date: 12/01/2017  
Claims Bar Date: 02/21/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR):** 12/31/2019   **Current Projected Date of Final Report(TFR):** 12/31/2019

**Trustee's Signature**   /s/Mark A. Weisbart     **Date:** 03/18/2020
Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251
Phone : (972) 628-4903

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-42359 | Trustee Name: | Mark A. Weisbart |
| --- | --- | --- | --- |
| Case Name: | CENTERLINE EXPRESS, LLC | Bank Name: | Texas Capital Bank |
|  |  | Account Number/CD#: | ******0344 |
| Taxpayer ID No: | **-***4350 | Account Name | Checking Account |
| For Period Ending: | 3/18/2020 | Blanket bond (per case limit): | 300,000.00 |
|  |  | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 |  | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/20/2017 | [4] | Bassler Energy Services | Accounts Receivable | | 1121-000 | 10,000.00 | | 10,000.00 |
| 11/20/2017 | [4] | Bank of America | Accounts Receivable | | 1121-000 | 45.38 | | 10,045.38 |
| 12/05/2017 | [4] | Baxter Bailey & Associates | Accounts Receivable | | 1121-000 | 2,366.50 | | 12,411.88 |
| *12/28/2017 | | Einex Energy Corporation | Accounts Receivable (funds deposited into wrong case) | | 1280-000 | 1,382.03 | | 13,793.91 |
| *12/28/2017 | | Einex Energy Corporation | Accounts Receivable (funds deposited into wrong case) | | 1280-000 | (1,382.03) | | 12,411.88 |
| 01/05/2018 | [4] | Trans-United Inc | Accounts Receivable | | 1121-000 | 1,925.00 | | 14,336.88 |
| 01/26/2018 | | Rosen Systems, Inc. | Sale of Assets | | | 673,587.49 | | 687,924.37 |
| | [29] | | 2015 Fontaine Trailer (412) | 24,505.05 | 1129-000 | | | |
| | [25] | | 2015 Fontaine Trailer (411) | 23,751.00 | 1129-000 | | | |
| | [24] | | 2015 Fontaine Trailer (410) | 19,005.05 | 1129-000 | | | |
| | [9] | | 2014 Peterbuilt 389 Dark Saddle (811) | 62,101.99 | 1129-000 | | | |
| | [46] | | 2016 RGN Trailer (4819) | 67,001.00 | 1129-000 | | | |
| | | | Page Subtotals | | | 687,924.37 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 17-42359 | Trustee Name: | Mark A. Weisbart |
| Case Name: CENTERLINE EXPRESS, LLC | Bank Name: | Texas Capital Bank |
| | Account Number/CD#: | ******0344 |
| Taxpayer ID No: **-***4350 | Account Name | Checking Account |
| For Period Ending: 3/18/2020 | Blanket bond (per case limit): | 300,000.00 |
| | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [17] | | 2015 Peterbuilt 389 Orange (819) | 71,001.00 | 1129-000 | | |
| | [37] | | 2010 Reitnover Trailer (421) | 21,250.00 | 1129-000 | | |
| | [42] | | 2010 Reitnover Trailer (427) | 18,750.00 | 1129-000 | | |
| | [41] | | 2010 Reitnover Trailer (425) | 21,250.05 | 1129-000 | | |
| | [38] | | 2010 Reitnover Trailer (422) | 22,255.05 | 1129-000 | | |
| | [45] | | 2011 Reitnover Trailer (429) | 21,250.00 | 1129-000 | | |
| | [39] | | 2010 Reitnover Trailer (423) | 22,255.05 | 1129-000 | | |
| | [40] | | 2010 Reitnover Trailer (424) | 24,300.05 | 1129-000 | | |
| | [44] | | 2011 Reitnover Trailer (428) | 24,250.00 | 1129-000 | | |
| | [43] | | 2011 Reitnover Trailer (426) | 23,750.00 | 1129-000 | | |
| | [26] | | 2015 Fontaine Trailer (407) | 22,751.00 | 1129-000 | | |
| | [27] | | 2015 Fontaine Trailer (408) | 23,751.00 | 1129-000 | | |
| | [28] | | 2015 Fontaine Trailer (409) | 23,751.00 | 1129-000 | | |
| | [48] | | Buyers Premium Collected by Auctioneer | 16,107.84 | 1229-000 | | |
| | | | Funds to Kornelsen personal case #17-42393 | 120,551.36 | 8500-002 | | |
| | | | Page Subtotals | | 673,587.49 | 0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-42359 | | Trustee Name: | Mark A. Weisbart |
| Case Name: | CENTERLINE EXPRESS, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******0344 |
| Taxpayer ID No: | **-***4350 | | Account Name | Checking Account |
| For Period Ending: | 3/18/2020 | | Blanket bond (per case limit): | 300,000.00 |
| | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/29/2018 | 51001 | International Sureties, Ltd<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Trustee Bond #016075197 | 2300-000 | | 1,400.00 | 686,524.37 |
| 01/30/2018 | 51002 | Delta Management Group, Inc. | Cashmere Bank Lien on Trailers #410 and #411 | 4210-000 | | 38,236.54 | 648,287.83 |
| 01/30/2018 | 51003 | Everbank Commercial Finance | Everbank Lien on Truck #811 | 4210-000 | | 45,658.40 | 602,629.43 |
| 01/30/2018 | 51004 | First Midwest Equipment Finance | First Midwest Lien on Trailer #4819 | 4210-000 | | 67,001.00 | 535,628.43 |
| *01/30/2018 | 51005 | Scottrade | Scottrade Lien on Truck #819 | 4210-003 | | 69,763.53 | 465,864.90 |
| *01/30/2018 | | Scottrade | Scottrade Lien on Truck #819 | 4210-003 | | (69,763.53) | 535,628.43 |
| 01/30/2018 | 51006 | Scottrade Bank | Scottrade Bank Lien on Truck #819 | 4210-000 | | 69,763.53 | 465,864.90 |
| 01/31/2018 | 51007 | Stearns Bank | Stearns Bank Lien on Trailers #407, #408 and #409 | 4210-000 | | 55,437.99 | 410,426.91 |
| 01/31/2018 | 51008 | Bank of the Ozarks | Bank of the Ozarks Lien on Trailer #412 | 4210-000 | | 16,340.00 | 394,086.91 |
| 01/31/2018 | 51009 | Siemens Financial Services, Inc. | Siemens Financial Services Lien on Trailers #421, #422, #423, #424, #425, #426, #427, #428, #429 | 4210-000 | | 195,836.56 | 198,250.35 |
| | | | Page Subtotals | | 0.00 | 489,674.02 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-42359 | Trustee Name: Mark A. Weisbart |
| Case Name: CENTERLINE EXPRESS, LLC | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******0344 |
| Taxpayer ID No: **-***4350 | Account Name Checking Account |
| For Period Ending: 3/18/2020 | Blanket bond (per case limit): 300,000.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/01/2018 | 51010 | Mark Weisbart, Trustee for Kornelsen 17-42393 | Funds belong to Kornelsen 17-42393 (Trailers & Equip Sold (Owned Personally)) | 1280-000 | (117,040.15) | | 81,210.20 |
| 02/01/2018 | 51011 | Mark Weisbart, Trustee for Kornelsen 17-42393 | Funds belong to Kornelsen 17-42393 (Rosen Buyers Premium for Trailers & Equip Sold (Owned Personally)) | 1280-000 | (3,511.21) | | 77,698.99 |
| 02/27/2018 | 51012 | Mark A Weisbart | Reimburse payment of Claim #3 Lamar CAD | 5800-000 | | 3,541.80 | 74,157.19 |
| 03/20/2018 | 51013 | Rosen Systems, Inc. 2323 Langford St Dallas, TX 75208 | Auctioneer Expenses | 3620-000 | | 11,501.95 | 62,655.24 |
| 04/12/2018 | | Rosen Systems, Inc. | Sale of 2015 Lonestar Trailer (funds belong to personal case) | 8500-002 | | (6,600.00) | 69,255.24 |
| 06/20/2018 | 51014 | Mark Weisbart, Trustee for Kornelsen 17-42393 | Funds to Kornelsen 17-42393 (2016 Lonestar Trailer Sold (Owned Personally)) | 8500-002 | | 6,600.00 | 62,655.24 |
| 07/11/2018 | [4] | Illinois State Toll Highway Authority | Accounts Receivable | 1121-000 | 66.20 | | 62,721.44 |
| 07/25/2018 | [49] | Global Surety, LLC | Trustee Bond Refund | 1229-000 | 1,300.00 | | 64,021.44 |
| 07/27/2018 | [50] | BMO Harris Bank | Refund From Sale of Vehicles | 1229-000 | 56,969.41 | | 120,990.85 |
| 10/30/2018 | [51] | TCL Insurance | Insurance Refund | 1229-000 | 6,108.00 | | 127,098.85 |
| | | | Page Subtotals | | (56,107.75) | 15,043.75 | |

UST Form 101-7-TDR (10/1/2010) (Page 16)          **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-42359 | Trustee Name: | Mark A. Weisbart |
| --- | --- | --- | --- |
| Case Name: | CENTERLINE EXPRESS, LLC | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******0344 |
| Taxpayer ID No: | **-***4350 | Account Name | Checking Account |
| For Period Ending: | 3/18/2020 | Blanket bond (per case limit): | 300,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | Account/ CD Balance($) |
| | | | | | Deposits($) | Disbursements($) |
| 01/16/2019 | 51015 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | Attorney for Trustee Fees & Expenses | | | 17,002.71 | 110,096.14 |
| | | | Attorney for Trustee Fees  (16,597.50) | 3110-000 | | | |
| | | | Attorney for Trustee Expenses  (405.21) | 3120-000 | | | |
| 01/09/2020 | 51016 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | Trustee's Compensation | 2100-000 | | 34,840.83 | 75,255.31 |
| 01/09/2020 | 51017 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | Trustee Expenses | 2200-000 | | 1,577.27 | 73,678.04 |
| 01/09/2020 | 51018 | Department of the Treasury - Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Disb of 32.69% to Claim #02A<br>Acct # 4350 | 5800-000 | | 65,350.07 | 8,327.97 |
| 01/09/2020 | 51019 | Texas Workforce Commission<br>Regulatory Integrity Division-SAU, attn Rick Diaz<br>101 E 15th Street, Room 556<br>Austin, TX 78711-0001 | Disb of 32.69% to Claim #07<br>Acct # 4710 | 5800-000 | | 142.32 | 8,185.65 |
| | | | | Page Subtotals | 0.00 | 118,913.20 | |

UST Form 101-7-TDR (10/1/2010) (Page 17)  **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-42359 | Trustee Name: Mark A. Weisbart |
| Case Name: CENTERLINE EXPRESS, LLC | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******0344 |
| Taxpayer ID No: **-***4350 | Account Name: Checking Account |
| For Period Ending: 3/18/2020 | Blanket bond (per case limit): 300,000.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/09/2020 | 51020 | Robert Harvey<br>306 Timber Grove<br>Murchison, TX 75778 | Disb of 100.00% to Claim #10<br>Acct # 8672 | 5300-000 | | 2,018.52 | 6,167.13 |
| 01/09/2020 | 51021 | Louisiana Department of Revenue<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Disb of 32.69% to Claim #19<br>Acct #9653 | 5800-000 | | 1,299.20 | 4,867.93 |
| 01/09/2020 | 51022 | Oregon Department of Transportation<br>355 Capitol St NE # MS21<br>Salem, OR 97301 | Disb of 32.69% to Claim #20A<br>Acct # 1581 | 5800-000 | | 3,119.44 | 1,748.49 |
| 01/09/2020 | 51023 | Texas Comptroller of Public Accounts<br>PO Box 13528<br>Austin, TX 78711 | Disb of 32.68% to Claim #21<br>Acct # 3509 | 5800-000 | | 653.70 | 1,094.79 |
| 01/09/2020 | 51024 | Texas Comptroller of Public Accounts<br>PO Box 13528<br>Austin, TX 78711 | Disb of 32.68% to Claim #22<br>Acct # 3509 | 5800-000 | | 1,094.79 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 8,185.65 |
| **COLUMN TOTALS** | 631,816.62 | 631,816.62 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 631,816.62 | 631,816.62 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 631,816.62 | 631,816.62 |

UST Form 101-7-TDR (10/1/2010) (Page 18)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-42359 | Trustee Name: | Mark A. Weisbart |
|---|---|---|---|
| Case Name: | CENTERLINE EXPRESS, LLC | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******0344 |
| Taxpayer ID No: | **-***4350 | Account Name | Checking Account |
| For Period Ending: | 3/18/2020 | Blanket bond (per case limit): | 300,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 511,265.26 | |
| All Accounts Gross Disbursements: | 511,265.26 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******0344 Checking Account | 631,816.62 | 631,816.62 | |
| **Net Totals** | 631,816.62 | 631,816.62 | 0.00 |